UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARK ALAN DAVIS,
    Plaintiff,

vs.                               CASE NO. 8:13-CV-02892-EAK-TGW

CAROLYN W. COLVIN,
Acting Commissioner of Social Security
    Defendant.
_____/

## ORDER ADOPTING THE REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Thomas G. Wilson on November 7, 2014 (Doc. # 16). Magistrate Judge Wilson recommended that the Court affirm the decision of the Commissioner denying the plaintiff's claims for Social Security disability benefits. Plaintiff objected to the R&R on November 18, 2014 (Doc. # 17). For the reasons stated below, the Court **ADOPTS** the R&R.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a *de novo* review of the record with respect to the factual issue. 28 U.S.C. § 636(b)(1); U.S. v. Raddatz, 447 U.S. 667 (1980); Jeffrey S. v. State Board of Education of State of Georgia, 896 F.2d 507 (11th Cir. 1990).

## PLANTIFF'S OBJECTIONS

The plaintiff objects to the R&R on two grounds: (1) that the Administrative Law Judge (ALJ) failed to follow the treating physician rule; and (2) that the ALJ failed to properly evaluate the plaintiff's credibility. (Doc. # 17).

The plaintiff's first objection lacks merit. While it is true that the opinions from treating physicians are entitled to substantial or considerable weight, the treating physician's opinions may be discounted when there is good cause to do so. Phillips v. Barnhart, 357 F.3d 1232, 1240-41 (11th Circ. 2004). The ALJ found good cause to discount the treating physician's opinion and properly weighed all the medical opinion evidence. From its independent review of the transcript, this Court finds that the weight assigned to the examining and non-examining sources is both appropriate and supported by substantial evidence.

Further, the plaintiff objects to Magistrate Judge Wilson's conclusion that the ALJ properly evaluated the plaintiff's credibility. Credibility determinations remain the province of the ALJ. Moore v. Barnhart, 405 F.3d 1208, 1212 (11th Circ. 2005). This Court finds that substantial evidence exists in the record to support the ALJ's determination of the plaintiff's credibility. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. # 16) be **ADOPTED** and **INCORPORATED BY REFERENCE**, the objections of the plaintiff are **OVERRULED**; and the Court **AFFIRMS** the decision of the Commissioner denying the plaintiff's claims for Social Security disability benefits. The Clerk of Court is directed to enter judgment for the defendant and against the plaintiff, to close the case, and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of February, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record
Assigned Magistrate Judge